**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Japhal Antonio Perez Moquette, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 26-CV-11262-AK |
| ) | |
| v. ) | |
| ) | |
| Antone Moniz, et al, ) | |
| ) | |
| Respondent (s). ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt.14] entered on 6/3/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 6/3/2026                                                                 By the Court,

/s/ Courtney Horvath
Deputy Clerk